FILED
December 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Celia Saldana | **Case No :** | 11-29737 - A - 7 |
| | | **Date :** | 12/15/11 |
| | | **Time :** | 10:00 |

**Matter :** [32] - Motion/Application to Reopen Chapter 7 Bankruptcy Case Filed by Debtor Celia Saldana Update Deadline; Follow Up 12/19/2011. (Fee Paid $260) (shbs)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
    Debtor - Celia Saldana (with interpreter)
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The motion is ORDERED GRANTED IN PART for the reasons stated in the ruling appended to the minutes.

Dated: December 21, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge