FORM EDC 6-640 Order Closing Case Where Case Has Been Reopened  (v.11.07)                                    11-29737 - A - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/23/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

shbs

### ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number:   11-29737 - A - 7

Debtor Name(s) and Address(es):

Celia Saldana
 1441 Washington Dr
Woodland, CA 95776

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated:   1/23/12

Wayne Blackwelder
Clerk of Court